No. 01–8292. THOMAS-WALKER *v.* GEMALA TRAILER CORP. C. A. 8th Cir. Certiorari denied.

No. 01–8293. YOUNG-BEY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 01–8294. WORSHAM *v.* MINYARD FOOD STORES, INC. C. A. 5th Cir. Certiorari denied.

No. 01–8295. CUNNINGHAM *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–8296. POLLARD *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–8299. MERRILL *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8302. BELSER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8303. RAINEY *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 01–8304. SMITH *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–8307. BAIN *v.* DUGGER ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8314. JOHNSON *v.* ROBINSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–8315. MANLEY *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 01–8319. SANDERS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–8328. TAYLOR *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.